# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Patrick R. Holt, et al.,            Civil No. 17-cv-0740 (PJS/TNL)

           Plaintiffs,

v.            **ORDER**

Clarice Von Behren, et al.,

           Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 30, 2017 (ECF No. 5), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **REMANDED** to Dakota County District Court.

2. The applications to proceed in forma pauperis of defendants Clarice Von Behren and Mike Olson (Thomas Von Behren) [ECF Nos. 2 & 3] are **DENIED AS MOOT.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: May 4, 2017            s/Patrick J. Schiltz
           The Honorable Patrick J. Schiltz
           United States District Court Judge
           for the District of Minnesota